FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18 PM 4:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED HILL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0527** |
| **MARLIN GUSMAN, ORLEANS PARISH CRIM. SHERIFF** | **SECTION "N"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Alfred Hill's Title 42 U.S.C. § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 18th day of December, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____